FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
NICHOLAS C. SWEENEY,
Defendant.

CVB CASE NO. F4151404 (RCF)

CRIMINAL MOTION AND TRIAL ORDER

(Class A Misdemeanor)

This matter is set for trial on July 16, 2010, at 1:30 p.m., before the Honorable Rita Coyne Federman, United States Bankruptcy Courthouse, Courtroom 2, 1415 State Street, Santa Barbara, CA 93101, and has been joined for the purposes of trial with USA v. Yesenia Lara-Ferrer, citation number F4151405.

**Filing of Information and Arraignment:**

1. Counsel for the Government shall file an Information, which shall include all charges that are proceeding to trial, on or before June 21, 2010, and shall email a courtesy copy of the Information to chambers and to the defense. The Court will arraign the defendant on the Information prior to the commencement of trial.

**Discovery:**

2. Counsel for both parties shall comply promptly with discovery and notice matters pursuant to Fed. R. Crim. P. 12, 12.1, 12.2, 12.3, 15, and 16. Within fourteen (14) days of the trial setting, counsel shall meet and confer concerning discovery. Counsel shall discuss what

discovery remains outstanding and shall agree to a date for completing their discovery obligations, subject to the ongoing duty to provide additional discovery that may become available. The meet and confer conference may be conducted by telephonic conference call.

3. Expert disclosure pursuant to Rule 16 shall be made no later than fourteen (14) days prior to trial. Counsel are reminded that such disclosures must include a written summary that describes the expert witness's "opinions, the bases and reasons for those opinions, and the witness's qualifications." Fed. R. Crim. P. 16(a)(1)(G) & (b)(1)(C).

**Motions:**

4. All pre-trial motions, including any notice of F.R.E. 404(b) evidence, shall be filed and served no later than June 28, 2010. Oppositions shall be filed and served on or before July 6, 2010. Replies, if any, must be filed and served on or before July 8, 2010. All papers shall be served on opposing counsel and shall include a proof of service.

5. In matters which have not been electronically filed, and prior to the filing of an Information, all papers shall be filed with Clerk of Court at the Roybal Federal Building, located at 255 E. Temple St., Room 178, Los Angeles, CA 90012

In the alternative, papers may be filed by mailing them to the Court as follows: Attn: CRD to Judge Federman, U.S. District Court, 312 N. Spring Street, Room G-19, Los Angeles, CA 90012.

Upon filing of an Information, all papers shall be e-filed.

**All papers submitted for filing must include "(RCF)" in the caption at the end of the case number.**

A courtesy copy of all papers shall be emailed to chambers at the following address: rcf_chambers@cacd.uscourts.gov.

6. All papers filed with the Court shall comply with the Local Rules of Practice of the Central District of California, including Local Rules 7 and 11, and Local Criminal Rule 12.

7. A hearing on the motion[s] is set for July 16, 2010, at 1:30 p.m. prior to the commencement of trial. If the resolution of the motion may warrant a continuance of the trial date, the party filing the motion shall include a statement to that effect in the moving papers.

**Pretrial Conference:**

8. A telephonic pre-trial conference is set for Tuesday, July 13, 2010, at 10:00 a.m. Counsel and the defendant are directed to call (213) 894-0800 at 10:00 a.m. and enter a password that will be provided to them by the Courtroom Deputy Clerk one (1) day prior to conference. After entering the password, counsel and the defendant shall state their name, and remain on hold until the beginning of the conference. If the defendant is represented by counsel, the defendant may elect to waive his or her appearance for the telephonic conference. Self-represented defendants must appear as ordered.

9. At the pre-trial conference, counsel for the Government shall provide an estimate of the length of its case in chief, and the number and names of witnesses it intends to call. The parties shall identify any unusual legal or evidentiary issues that may be raised in the case. The Court will give counsel an opportunity to discuss administrative matters and anticipated procedural or legal problems. If additional issues arise during the trial, counsel shall inform the Courtroom Deputy Clerk.

**Trial:**

10. On the first day of trial, counsel for the Government shall present the Courtroom Deputy Clerk with the following documents:

    a. Two copies of the Government's witness list;

    b. Two copies of the Government's exhibit list;

    c. All of the Government's exhibits, with official exhibit tags affixed, bearing the same number as the shown on the exhibit list; and

    d. A bench copy of all exhibits that can be reproduced.

11. Government counsel shall present defense counsel or a self represented defendant with a copy of the Government's witness list, exhibit list, and a copy of all exhibits that can be reproduced.

12. Defense counsel and self-represented defendants shall deliver their exhibits to the Courtroom Deputy Clerk on the first day of trial. The defense is responsible for affixing exhibit tags, complete with the case name and case number, to each exhibit to be used in defendant's

case. The defense shall provide the Court and Government counsel with an additional copy of defendant's exhibits as introduced.

12. Attorneys and self-represented defendants shall advise the Courtroom Deputy Clerk and the opposing counsel or party immediately upon becoming aware of a calendar conflict, or an intention to request a continuance of a calendared event, or any other events that might prevent a matter from proceeding as calendared.

Dated: MAY 21 2010

RITA COYNE FEDERMAN
UNITED STATES MAGISTRATE JUDGE